UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20244-CR-UNGARO

UNITED STATES OF AMERICA,

v.

ALEXIS BRACHE, SR.,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant's Motion to Suppress Evidence. (D.E. 23.)

THE COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who held an evidentiary hearing on the motion and issued a report recommending that the motion be denied. (D.E. 36.) The parties were afforded the opportunity to file objections to the Report; no objections were filed. Accordingly, upon *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 36) is RATIFIED, ADOPTED, and AFFIRMED: Defendant's motion (D.E. 23) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of June, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record